UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: MJ 11-113 |
| Plaintiff, ) | |
| ) | |
| v. ) | DETENTION ORDER |
| ) | |
| JOHN DOE, ) | |
|   a/k/a  Jose Antonio Nieves ) | |
|   a/k/a  Jose Luis Grinaldo-Rosas ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:   False Statement in an Application for a Passport

<u>Date of Detention Hearing</u>:   March 22, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant's true name is not know, although documents were seized during a

DETENTION ORDER
PAGE 1

search of his residence in the name of Jose Luis Grinaldo-Rosas. He was not interviewed by Pretrial Services, and there is little background information available. A criminal record in the name of Jose Antonio Nieves indicates numerous failures to appear and bench warrant activity.

(2) Defendant and his counsel offer no opposition to the entry of an order of detention.

(3) Defendant poses a risk of nonappearance due to lack of known background information, an apparent history of failing to appear, and his true name and citizenship status are unknown. He also poses a risk of nonappearance due to the nature of the instant offense. Defendant poses a risk of danger due to criminal history and unknown substance abuse issues, if any.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE 3